FILED
CLERK, U.S. DISTRICT COURT
04/13/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

# TRANSFER OF JURISDICTION

DOCKET NUMBER (*Tran. Court*)
0205 3:13CR00213-001(RNC)

DOCKET NUMBER (*Rec. Court*)
2:21-cr-00178-VAP

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Luis Cedillo | CONNECTICUT | HARTFORD |

NAME OF SENTENCING JUDGE
Honorable Robert N. Chatigny

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/27/2019 | TO 11/26/2023 |
|---|---|---|

**OFFENSE**
Possession with Intent to Distribute 100 Grams or More of Heroin, in violation of 21 U.S.C. §§ 841(1)(1) and (b)(1)(B)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    DISTRICT OF Connecticut

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised release named above be transferred with the records of the Court to the United States District Court for the CENTRAL DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 29, 2021
Date

Robert N Chatigny
Digitally signed by Robert N Chatigny
Date: 2021.03.29 15:46:14 -04'00'
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    Central    DISTRICT OF California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

4/12/21
Date

United States District Judge